1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

ADOBE SYSTEMS INCORPORATED,                    No. C 09-01083 CRB

12

      Plaintiff,                    **ORDER RE DEFENDANT'S
REQUEST FOR EXTENSION**

13

  v.

14

ARSANY ZAKI,

15

      Defendant.

                                              /

16

17

     The Court is in receipt of a letter from Defendant Arsany Zaki seeking an extension of

18

time to amend his answer to Plaintiff's complaint. Defendant attributes the need for an

19

extension to "severe time constraint," "duty to [Defendant's] ailing mother," "and the lack of

20

service by plaintiffs." Defendant further states that he is trying to find an attorney but is

21

currently pro se.

22

     The Court will construe Defendant's letter as a motion for extension of time.

23

However, the Court notes that there is no proof of service attached to Defendant's letter, and

24

no other indication that it was sent to Plaintiff. Defendant must serve Plaintiff with this

25

motion, and with any future motions filed in this Court.

26

     Once Plaintiff is served with Defendant's current motion, Plaintiff shall have twenty

27

(20) days in which to submit a response. The parties should also be prepared to address

28

//

**United States District Court**
For the Northern District of California

1  this motion in the next case management conference.

2      **IT IS SO ORDERED.**

3

4

5  Dated: August 17, 2009

                                     CHARLES  R. BREYER
                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2009\1083\orderreextension-service.wpd        2