IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>ARSANY ZAKI,<br><br>    Defendant.<br>_____/ | No. C 09-01083 CRB<br><br>**ORDER ON EXTENSION OF TIME** |

Now pending before the Court is Defendant's motion for extension of time to file an Answer to the Complaint. The Court had directed Defendant to serve Plaintiff with his motion, and directed Plaintiff to file a response within twenty (20) days of service. Plaintiff filed its response on September 4, 2009, noting that it still had not received service of Defendant's motion.

In its response, Plaintiff agreed to an extension of time until September 17, 2009. Defendant has already had a significant amount of additional time: Defendant was served with the Complaint on June 10, 2009, and sought an extension from the Court on July 23,

//
//
//
//

1  2009.  Accordingly, Defendant shall have until September 17, 2009 to file an Answer.

2  **IT IS SO ORDERED.**



4  Dated: September 9, 2009        CHARLES  R. BREYER
                                   UNITED STATES DISTRICT JUDGE