IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>  Plaintiff,<br><br>  v.<br><br>ARSANY ZAKI,<br><br>  Defendant._____/ | No. CV 09-01083 CRB<br><br>**ORDER RE: LETTER FROM DEFENDANT** |

The Court received on September 18, 2009 a letter from Defendant Arsany Zaki asserting that he has never been served by Plaintiff, and requesting that the Court therefore mail him "the whole case." Defendant's request is denied, as he may access the filings in this case electronically, just like any other litigant. Defendant also requests that he be provided with a "Public Defender" because "[he] can't afford an attorney." The Court has already denied this request, and does so again now. There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. See Lassiter v. Dep't of Social Servs., 452 U.S. 18, 25 (1981); Rand v. Rowland,

//
//
//
//

1 | 113 F.3d 1520, 1525 (9th Cir. 1997), <u>reh'g en banc on other grounds</u>, 154 F.3d 952 (9th Cir.
2 | 1998).
3 | **IT IS SO ORDERED.**



5 | Dated: September 22, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE